UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIARA MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17-cv-1551-JAR |
| SPECIFIED CREDIT ASSOCIATION 1, INC. | ) ) ) ) |
| Defendant. | ) ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Respectfully submitted,

/s/ Alexander J. Cornwell
Alexander J. Cornwell   #64793MO
BRODY & CORNWELL
7730 Carondelet Avenue, Suite 135
Clayton, MO 63105
Phone: (314) 932-1068 / Fax: (314) 228-0338
acornwell@brodyandcornwell.com

/s/ Dennis J. Barton III (by consent)
Dennis J. Barton III, #55176MO
The Barton Law Group, LLC
17600 Chesterfield Airport Rd., Ste. B7
Chesterfield, MO 63005
Phone: (636) 778-9520 / Fax: (636) 778-9523
dbarton@bartonlawllc.com

1

So Ordered
John A. Ross
10/6/2017